916

No. 83–285.  KELLY v. UNITED STATES; and

No. 83–5296.  KELLY v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  Reported below: 708 F. 2d 121.

No. 83–288.  BLANCK v. MCKEEN ET AL.  C. A. 4th Cir. Certiorari denied.

No. 83–290.  IVY v. NATCHITOCHES PARISH SCHOOL BOARD ET AL.  Ct. App. La., 3d Cir.  Certiorari denied.

No. 83–294.  LINDSEY v. KELLY, SUPERINTENDENT OF THE CHICAGO PARK DISTRICT, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 83–301.  ALASKA LUMBER & PULP CO., INC. v. REID BROTHERS LOGGING CO.; and

No. 83–307.  KETCHIKAN PULP CO. v. REID BROTHERS LOGGING CO.  C. A. 9th Cir.  Certiorari denied.  Reported below: 699 F. 2d 1292.

No. 83–339.  PROVODA v. BELEN BOARD OF EDUCATION, DBA BELEN CONSOLIDATED SCHOOLS, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 83–363.  CONNECTICUT v. UBALDI.  Sup. Ct. Conn.  Certiorari denied.

No. 83–376.  YALKOWSKY ET AL. v. SHEDLER ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 83–433.  YALKOWSKY v. NEALE ET AL.  C. A. 2d Cir. Certiorari denied.

No. 83–470.  RADUE v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 83–471.  CRUZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 83–481.  THOMPSON v. HEDRICK ET AL.  C. A. 6th Cir. Certiorari denied.

No. 83–5026.  JACKSON v. BUTTERWORTH, SHERIFF OF BROWARD COUNTY, FLORIDA.  C. A. 11th Cir.  Certiorari denied.